UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| OFELIA GREY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-00774 |
| CENTRAL CREDIT SERVICES, LLC, | ) |
| Defendants. | ) |

## **MOTION TO DISMISS**

Defendant Radius Global Solutions, LLC, formerly known as Central Credit Services, LLC and hereinafter "RGS," pursuant to the Fed. R. Civ. P. 12(b)(6), hereby moves this Court for entry of an order dismissing the Complaint with prejudice. As demonstrated in the supporting memorandum filed contemporaneously herewith, Plaintiff Ofelia Grey is judicially estopped from prosecuting the claims in the Complaint.

WHEREFORE, RGS respectfully requests the Court enter an Order dismissing the Complaint with prejudice.

Dated: October 8, 2018          Respectfully submitted,

*/s/ Katherine Barber-Jones*
N.C. State Bar No. 44197
Cranfill Summer & Hartzog
5420 Wade Park Blvd., Suite 300
Raleigh, NC 27607
Telephone: (919) 863-8718
Facsimile: (919) 863-3489
Email: kbarber-jones@cshlaw.com

*Counsel for Defendant, Radius Global Solutions, LLC, f/k/a Central Credit Services, LLC*

*/s/ Brian Roth*
Sessions, Fishman, Nathan & Israel
3850 N Causeway Boulevard, Suite 200
Metairie, Louisiana 70002-7227
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: broth@sessions.legal
*Counsel for Defendant, Radius Global Solutions, LLC, f/k/a Central Credit Services, LLC* **by Special Appearance**

## CERTIFICATE OF SERVICE

I certify that on October 8, 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Katherine Barber-Jones*
N.C. State Bar No. 44197
Cranfill Summer & Hartzog
5420 Wade Park Blvd., Suite 300
Raleigh, NC 27607
Telephone: (919) 863-8718
Facsimile: (919) 863-3489
Email: kbarber-jones@cshlaw.com
*Counsel for Defendant,*
*Radius Global Solutions, LLC f/k/a Central Credit Services, LLC*