UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:18-cv-00774

| | |
|---|---|
| OFELIA GREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CENTRAL CREDIT SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE HEARING**

Plaintiff Ofelia Grey notifies this Court that the parties have reached a settlement of all claims alleged in this matter. Plaintiff anticipates filing a stipulation of dismissal with prejudice of this matter by August 2, 2019.

In light of the settlement reached by the parties, Plaintiff requests that the hearing set for 11:00 a.m. on Tuesday, July 9, 2019, be vacated.

July 3, 2019       LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s/ Craig M. Shapiro
Craig M. Shapiro, State Bar No. 48887
1738 Hillandale Road, Suite D
Durham, North Carolina 27705
Telephone: (919) 286-1695
Fax: (919) 286-2704
Email: cshapiro@johnorcutt.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Craig Shapiro, certify that on July 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the cm/ecf system, which will send electronic notification of such filing to the following:

>Katherine Barber-Jones
>kbarber-jones@cshlaw.com
>
>Attorney for Defendant

>/s/ Craig Shapiro
>Craig Shapiro