UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:18-cv-00774

| | |
|---|---|
| OFELIA GREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CENTRAL CREDIT SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and as Defendant has not filed an Answer or Motion for Summary Judgment, Plaintiff voluntarily dismisses her claims against Defendant with prejudice.

July 29, 2019     LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s/ Craig M. Shapiro
Craig M. Shapiro, State Bar No. 48887
1738 Hillandale Road, Suite D
Durham, North Carolina 27705
Telephone: (919) 286-1695
Fax: (919) 286-2704
Email: cshapiro@johnorcutt.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Craig Shapiro, certify that on July 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the cm/ecf system, which will send electronic notification of such filing to the following:

>Katherine Barber-Jones
>kbarber-jones@cshlaw.com

>Attorney for Defendant


>/s/ Craig Shapiro
>Craig Shapiro